SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6367** CR - DIMITROULEAS

18 U.S.C. §1344
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,            :

　　　　　　　　PLAINTIFF,            :

v.            :

BIODUN WILLIAMS,            :

　　　　　　　　DEFENDANT.            :

FILED by _____ D.C.

DEC 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

### COUNTS 1-5

Beginning on or about November 30, 1998, and continuing to at least on or about January 13,

1999, the defendant,

## BIODUN WILLIAMS,

did knowingly and willfully devise a scheme and artifice to defraud and to obtain monies and funds of

First Union and NationsBank, now Bank of America, both financial institutions the accounts of which

were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses,

representations and promises, in that the defendant devised a scheme and artifice to defraud

NationsBank and First Union by fraudulently obtaining credit cards issued to individuals whose identity

he assumed. and then obtaining cash advances on the fraudulently obtained credit cards.



Executions of Scheme and Artifice

On or about the dates listed below, in Broward County, in the Southern District of Florida, the

defendant,

Biodun Williams,

did knowingly and willfully commit and caused to be committed the below executions of the scheme and

artifice to defraud First Union and NationsBank, now Bank of America:

| COUNT | DATE | CREDIT CARD NUMBER CARD NO. | ACCOUNT HOLDER | LOCATION | AMOUNT |
|---|---|---|---|---|---|
| 1 | 11/27/98 | First Union #4340586000178994 B. #4340582013102346 | | NationsBank at Bay Harbor | $2,500 |
| 2 | 11/30/98 | First Union #4340586001178994 | R.B. | NationsBank at Pembroke Pines | $2,500 |
| 3 | 12/28/98 | First Union #4340582013102346 | R.S. | NationsBank at Sawgrass | $2,500 |
| 4 | 12/29/98 | First Union #4340582013102346 | R.S. | NationsBank at Sawgrass | $2,500 |
| 5 | 1/13/99 | First Union #4340582013372592 | L.Z. | NationsBank at Hollywood | $2,500 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL

GUY A. LEWIS
UNITED STATES ATTORNEY

FOREPERSON

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

v.                          **CERTIFICATE OF TRIAL ATTORNEY***

BIODUN WILLIAMS
_____    **Superseding Case Information**:

**Court Division**: (Select One)    New Defendant(s)        Yes ___ No ___
                                     Number of New Defendants    ___
___ Miami    ___Key West             Total number of counts      ___
_X_ FTL      ___ WPB  ___FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants,
      the number of probable witnesses and the legal complexities of the
      Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the
      Judges of this Court in setting their calendars and scheduling criminal trials under the
      mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) NO_____
      List language and/or dialect    _____

4.    This case will take    4___ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                          (Check only one)

I     0 to 5 days          _X_      Petty        _____
II    6 to 10 days         _____  Minor        _____
III   11 to 20 days        _____  Misdem.      _____
IV    21 to 60 days        _____  Felony       _X_
V     61 days and over     _____               _____

6.    Has this case been previously filed in this District Court? (Yes or No)NO
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)  __NO_____
If yes:
Magistrate Case No.         _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____
Is this a potential death penalty case? (Yes or No)_____NO_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to
April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No
8.    Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_Steven R. Petri_
_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. A5500048

*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
<u>**PENALTY SHEET**</u>

Defendant's Name: <u>BIODUN WILLIAMS</u>        No.:_____

Counts #I-5   BANK FRAUD        (Title 18, U.S.C. 1344)

<u>*Max Penalty:</u>        <u>30 years' imprisonment and a $1 million fine</u>

**(Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

AO 442 (Rev. 12/85) Warrant for Arrest

No.

# UNITED STATES DISTRICT COURT

**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

*vs.*

BIODUN WILLIAMS

## INDICTMENT

18 USC § 1344

18 USC § 2

A true bill.

_____
*Foreperson*

Filed in open court this _____ day;

of _____ A.D. 19 _____

_____
*Clerk*

Bail. $ _____