USSS - 530577

# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

BIODUN WILLIAMS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6367-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest  BIODUN WILLIAMS
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)  Bank fraud ;
in violation of Title  18   United States Code, Sections 1344

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *Jimmy Butler* | Fort Lauderdale, Florida    December 19, 2000 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ PRETRIAL DETENTION | by Barry S. Seltzer, US Magistrate Judge |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above defendant at
    detainer p/u from Collier Co Jail, Ft Myers FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/21/2000 | Edward Stubbs, acting USMS SD/FL | Barry Golden, ASDUSM |
| DATE OF ARREST | | |
| 6/10/02 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

