## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: BIODUN WILLIAMS (J)#   CASE NO: 00-6367-CR-Dimitrouleas
AUSA: Steve Petri by Kimberly Abel   ATTY:
AGENT:   VIOL:
PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

FILED by ___ D.C.
INTAKE
JUN ? 2002

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____.

☐ Travel extended to: _____.

☐ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | June 17, 2002 | 11:00 | Snow | FTL |
| (✓) PTD/BOND HEARING: XXX | June 17, 2002 | 11:00 | Snow | FTL |
| PRELIM/ARRAIGN. OR REMOVAL: XXX | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6-12-02   TIME: 11:00   FTL/BSS TAPE # 02- 44   Begin: 2039   End: 2346

