UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6367-CR-DIMITROULEAS

UNITED STATES OF AMERICA

Plaintiff,

v.

BIODUN WILLIAMS,
    Defendant.
_____/

ORDER ON INITIAL APPEARANCE
Language   ENGLISH
Tape No.   02-044
AUSA       Kimberly Abel
Agent

FILED by ___ D.C.
JUN 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

The above-named defendant having been arrested on June 12, 2002, having appeared before the court for initial appearance on June 12, 2002 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
(3) The defendant shall attempt to retain counsel and shall appear before the court at __11:00 A.M.__
on __6-17-02__.
4. Arraignment/Preliminary/Removal/Identity hearing is set for_____ at _____ before Judge _____.
(5) The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____A
detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __6-17-02__ at __11:00__ before Judge __Snow__
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month
    in person; other: _____c.
Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



_j. Comply with the following additional special conditions of this bond:_____
_____
_____ This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 12th day of June, 2002.

_____
U.S. MAGISTRATE JUDGE
BARRY S. SELTZER

cc: Assistant U.S. Attorney
   Defendant
   Counsel
   Copy for Judge
   Pretrial Services/Probation