UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6367-CR-WPD

FILED by _____ D.C.

JUN 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

VS.                                                     **MINUTE ORDER**

BIODUN WILLIAMS

On January 31, 2001 defendant Biodun Williams was transferred to fugitive status.

Now that the defendant has been arrested and returned to the jurisdiction of this Court, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William P. Dimitrouleas for further proceedings.

CLARENCE MADDOX
CLERK OF COURT

BY: _____
KAREN A. CARLTON
DEPUTY CLERK

DATED: _July 13, 2002_

