## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: BIODUN WILLIAMS (J)     CASE NO: 00-6367-CR-DIMITROULEAS

AUSA: STEVE PETRI /Kucoba     ATTY: Steven Amster

AGENT:     VIOL:

PROCEEDING: INQUIRY RE CNSL / PTD / ARRAIGNMENT     RECOMMENDED BOND:

BOND HEARING HELD - yes / **no**     COUNSEL APPOINTED:

BOND SET @: 150,000 CSB     To be cosigned by: w/ Debbie

FILED by __ D.C. JUN 17 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA FT. LAUD

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ____
- ❏ Travel extended to: ____
- ❏ Halfway House ____

Re-set Friday

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN OR REMOVAL: June 21    11    Snow

STATUS CONFERENCE:

DATE: 6/17/02    TIME: 11:00    FTL/LSS TAPE # 02- 027    Begin: 2975    End: 3058

