UNITED STATES OF AMERICA,  :

v.  :

B₁₀DUN Williams  :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6367-cr-Dimitroules

FILED by _____ D.C.
JUN 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW Lisa Colon / Steven Amster   and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the understanding that the undersigned counsel will fulfill any

obligations imposed by the Court such as preparing and filing

documents necessary to collateralize any personal surety bond

which may be set.


Counsel's Name  (Printed)  Steven Amster

Counsel's Signature  _____

Address  100 N. Bisc Blud, 1100

         Miami, Fl.          Zip Code: 33132

Telephone  (305) 371-2455

Fax  (305) 373-3832

