## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: BIODUN WILLIAMS (J)　　　　　　　　CASE NO: 00-6367-CR-DIMITROULEAS

AUSA: STEVE PETRI　　　　　　　　　　　　ATTY: STEVEN AMSTER (temp)

AGENT:　　　　　　　　　　　　　　　　　　VIOL:

PROCEEDING: INQUIRY RE COUNSEL / ARRAIGNMENT　　　RECOMMENDED BOND:

BOND HEARING HELD - yes / no　　　　　　COUNSEL APPOINTED:

BOND SET @:　　　　　　　　　　　　　　　To be cosigned by:

*FILED by ___ D.C. JUN 21 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

*requested more time*

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

---

NEXT COURT APPEARANCE:　　DATE:　　TIME:　　JUDGE:　　PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

**PRELIM/ARRAIGN. OR REMOVAL:**　6-25　　11　　Snow

STATUS CONFERENCE:

DATE: 6/21/02　　TIME: 11:00　　FTL/LSS TAPE # 02 - 031　　Begin: 11:4　　End: 11:47