UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6367-CR-Dimitrouleas
Magistrate Judge Bandstra

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

BIODUN WILLIAMS,

    Defendant,

_____/



## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Lisa Hanley Colon Esquire, 100 North Biscayne Blvd., Suite 1100, Miami, Florida 33132, (305)373-6773, enters her appearance as Attorney of Record in the above-styled case. Please send all pleadings, correspondence, documents and the like in this case to the undersigned.

Respectfully Submitted,

_____
LISA HANLEY COLON, ESQUIRE
Attorney for the Defendant
100 North Biscayne Blvd.
Suite 1100
Miami, Florida 33132
Phone: (305) 373-6773
Florida Bar No. 125946



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, Florida 33394, this 25th day of June, 2002.

_____
LISA HANLEY COLON, ESQUIRE