# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

*FILED by ___ D.C.*
*JUN 25 2002*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA FT. LAUD*

| | | | |
|---|---|---|---|
| DEFT: | BIODUN WILLIAMS (J) | CASE NO: | 00-6367-CR-DIMITROULEAS |
| AUSA: | STEVE PETRI | ATTY: | STEVEN AMSTER *for Lisa Colon (perm)* |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE CNSL/ ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

❏ Travel extended to: _____

❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | July 10 | 11 | BSS | |

DATE: 6/25/02   TIME: 11:00   FTL/LSS TAPE # 02- 031   Begin: 2711   End: 2760

