UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6367-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

BIODUN WILLIAMS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 25, 2002, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____

                   Telephone:_____

DEFENSE COUNSEL:   Name: ___LISA HANLEY COLON, ESQ. & STEVEN AMSTER

                   Address:_____

                   Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __25TH__ day of __JUNE_____, 2002.

                                   CLARENCE MADDOX
                                   COURT ADMINISTRATOR/CLERK OF COURT
                                   By:_____
                                      Deputy Clerk
                                   Tape No. ___02-031_____

cc: Copy for Judge
    U. S. Attorney