## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: BIODUN WILLIAMS (no deft)   CASE NO: 00-6367-CR-Dimitrouleas

AUSA: Steve Patri /Finegan/   ATTY: Lisa Colon — not present

AGENT: _____   VIOL: _____

PROCEEDING: Status Conference   RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____

BOND SET @ _____   To be cosigned by: _____

FILED by _____ D.C.
JUL 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

Discovery out
Possible Plea
Trial ± 2-3 days
Gov't ready

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 7-10-02   TIME: 11:00am   FTL/BSS TAPE # 02 - 05C   Begin: 1291   End: 1312

