UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6367-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

BIODUM WILLIAMS,

        Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on July 10, 2002. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two to three days to try.

2.    Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this 10th day of July 2002.

                                                BARRY S. SELTZER
                                                United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Steve Petrie, Esquire
Assistant United States Attorney

Lisa H. Colon, Esquire
100 North Biscayne Boulevard, Suite 1100
Miami, Florida 33132
Attorney for Defendant