UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6367CR-Dimitrouleas

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BIODUN WILLIAMS,

    Defendant.
_____



## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, BIODUN WILLIAMS, through undersigned counsel, respectfully requests this Honorable Court to continue the trial of this matter currently scheduled for the two-week trial period beginning on July 29, 2002 at 9:00 am. In support, the Defendant states as follows:

1. The Defendant, BIODUN WILLIAMS, was indicted in this matter on December 19, 2000.

2. The standing discovery order was entered in this case on or about June 25, 2002, and the Government's response was received on or about July 9, 2002.

3. AUSA, Steven R. Petri, has advised counsel that the Government will be filing additional counts against the defendant within the next few weeks.

4. Undersigned counsel and AUSA Petri, are currently in negotiations to resolve the above-styled case including the pending additional counts.

5. Pursuant to S.D.Fla. Local Rule 88.9, undersigned advised AUSA Petri that

-1-

she would be seeking a continuance of the trial on Mr. William's behalf and AUSA Petri advised that he would agree with the Defendant's request.

6. The Defendant, BIODUN WILLIAMS, through undersigned counsel waives a speedy trial.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an order continuing the trial of this matter.

Respectfully submitted,

LAW OFFICES OF LISA COLON, P.A.
100 N. Biscayne Blvd.
Suite 1100
Miami, FL 33132
Telephone:    (305) 373-6773
Facsimile:    (305) 373-3832

By: _____
LISA COLON, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2002, a copy of the foregoing was mailed/hand-delivered to Steven R. Petri, Esq., Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale Florida 33394.

By: _____
LISA COLON, ESQ.
Attorney for Defendant