UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6367-CR-DIMITROULEAS

Plaintiff,

vs.

BIODUN WILLIAMS,

Defendant.
_____/

FILED by ___ D.C.
JUL 2 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on Defendant's July 19, 2002 Unopposed Motion For Continuance and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion For Continuance is Denied without Prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Lisa Colon, Esquire
100 N. Biscayne Boulevard, #1100
Miami, Florida 33132

Steven Petri, AUSA

