### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by ___ D.C.
JUL 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6367-CR-WPD   DATE: July 25, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Biodun Williams

U.S. ATTORNEY: Steve Petri   DEFT. COUNSEL: Lisa Colon, Steven Amster for

REASON FOR HEARING: Calendar call/status conference

RESULT OF HEARING: Case to be resolved by way of plea. Parties request additional time to finalize plea. The court resets the case and finds the time from today until 8/5/02 deemed excludable.

CASE CONTINUED TO: 8/5/02   TIME: 1:00   FOR: Change of plea

MISC: _____

