UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUL 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   CASE NO. 00-6367-CR-DIMITROULEAS

    Plaintiff,

vs.

### ORDER GRANTING CONTINUANCE

BIODUN WILLIAMS
    Defendant.
_____/

This matter having come before the Court on July 25, 2002 on Defendant's Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to August 5, 2002 at 1:00 P.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 25 day of July, 2002.

                       WILLIAM P. DIMITROULEAS
                       United States District Court Judge
                       Southern District of Florida

cc:   Steve Petri, AUSA
      Lisa Colon, Esq.

