# CRIMINAL MINUTES

FILED by GB D.C.
AUG 0 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6367-CR    DATE: August 5, 2002

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Biodun Williams

U.S. ATTORNEY: Steve Petri by Laurie Rucoba    DEFT. COUNSEL: Lisa Colon by Steven Amster

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Defendant pleas Guilty to Count one. Court accepts the Plea of Guilty.

CASE CONTINUED TO: October 17, 2002    TIME: 9:45 a.m.    FOR: Sentencing

MISC: _____

