FILING FEE
PAID 75.00
In Forma 225857
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTECT OF FLORIDA

Criminal Division
Case No. 00-6367-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

BIODUN WILLIAMS,

    Defendant.
_____/



## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 4.B of the Special Rule of Governing the Admission and Practice of Attorneys of the United States District for the Southern District of Florida, the undersigned respectfully moves for the admission of Steven E. Amster, Esq., 100 N. Biscayne Blvd. Suite 1100, Miami, Florida 33132 for the purpose of appearing as co-counsel on behalf of Biodun Williams in the above styled case only.

Steven E. Amster, certifies herewith that he has studied the Local Rules of the Southern District of Florida and is a member in good standing of the Florida Bar (Bar No. 005738).

In further support of this motion, it is hereby designated that Lisa Hanley Colon, is a member of the bar of this Court and maintains an office in the District for the practice of law. She is a person with whom the Court and counsel may readily communicate and upon whom papers may be served.



## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 7/17/02                                                      *[signature]*
                                                                    Lisa Hanley Colon, Esq.

Executed under penalty of perjury on the 18th day of July, 2002 at Miami, Florida.

Respectfully Submitted,

Lisa Hanley Colon                           Steven E. Amster
100 North Biscayne Blvd.                    100 North Biscayne Blvd.
Suite 1100                                  Suite 1100
Miami, Florida 33132                        Miami, Florida 33132
By: *[signature]*                           By: *[signature]*
   Lisa Hanley Colon                           Steven E. Amster, Esq.
   Florida Bar No. 125946                      Florida Bar No. 005738

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2002, a true and correct copy of the foregoing was furnished by mail to the United States Attorneys Office, 99 N.E. 4th Street, Miami, Florida 33132 and all counsel or record.

By: _____
Lisa Hanley Colon, Esq.



# THE FLORIDA BAR

650 APALACHEE PARKWAY
TALLAHASSEE, FL 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon     )

                         In Re:   5438
                                Steven Edward Amster
                                Law Offices of Steven E. Amster
                                100 Biscayne Blvd., Ste. 1100
                                Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on June 27, 1994.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 26th day of July, 2002.

*[signature]*

Mildred Wilson
Supervisor, Membership Records
The Florida Bar

MW/ag:csf261:R10