UNITED STATES DISTRICT COURT
SOUTHERN DISTECT OF FLORIDA

Criminal Division
Case No. 00-6367-CR-Dimitrouleas

UNITED STATES OF AMERICA,

    Plaintiff,

    Vs.

BIODUN WILLIAMS,

    Defendant

_____/



FILED by _____ D.C.

AUG 0 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE comes before the Court upon the application of Steven E. Amster, counsel for Biodun Williams for the permission to appear and participate pro hac vice in the above-styled case. Upon a review of the records, and the Court being otherwise fully advised, it is hereby

ORDERED and ADJUDGED said motion to be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, this 5 day of August 2002.

_____
Honorable Judge William P. Dimitrouleas
United States District Court Judge

Cc: Counsel of Records
    Lisa Hanley Colon

