UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6367-CR-DIMITROULEAS

    Plaintiff,

vs.

BIODUN WILLIAMS,

    Defendant.
_____/



FILED by _____ D.C.

OCT 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before the Court on Defendant's October 15, 2002 Unopposed Motion For Continuance and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), nevertheless, it is hereby

ORDERED AND ADJUDGED that the Motion for Continuance is Granted. Sentencing is reset to October 24, 2002 at 9:45 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of October, 2002.

                                                  _____
                                                WILLIAM P. DIMITROULEAS
                                                United States District Judge

Copies furnished to:

Steven Amster, Esquire
100 N. Biscayne Boulevard, #1100
Miami, FL 33132

Steven R. Petri, AUSA

U.S.P.O.

