## CRIMINAL MINUTES



FILED by _____ D.C.

OCT 24 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: _00-6367-cr-WPD_    DATE: _October 19, 2002_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _Mike Santucci_    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Biodun Williams_

U.S. ATTORNEY _Steve Petri_    DEFT. COUNSEL: _Lisa Green_
_Amster_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Imposed:_
_1 year & 1 day BOP, 3 years supervised Release_
_No Fine, $100 Assessment, $12,500 Restitution_
_If ordered deported, the deft is to remain_
_Outside the United States._

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _Deft Informed of Right to Appeal._



September 12, 2002

To Whom It May Concern:

    I, Biodun Williams do hereby admit guilt and accept whatever punishment the court deems necessary. I apologize for my behavior and the trouble that I have cost the government and the victims involved in my case. I allowed myself to become involved with individuals that did not have my best interest in mind. I allowed my desire to provide for my family to overcome my desire to be an honest person. For this I am truly sorry. I realize what I have done is wrong and pray for forgiveness.

                              Sincerely,

                              Biodun Williams